IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **FREE ODELL SMITH,** | CIV S-07-1462 GEB EFB P |
| Petitioner, | **ORDER** |
| v. | |
| **DERRAL ADAMS, Warden, et al.,** | |
| Respondents. | |

Respondents have requested a thirty (30) day extension of time to file a reply to petitioner's opposition to the motion to dismiss.

GOOD CAUSE APPEARING, the January 9, 2008, request is granted and respondents have 30 days from the date of this order to file and serve a reply to petitioner's opposition to the motion to dismiss.

So Ordered.

Dated: January 10, 2008.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE