IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FREE ODELL SMITH,

    Petitioner,                   No. CIV S-07-1462 GEB EFB P

    vs.

DERRAL ADAMS, Warden,

    Respondent.                ORDER

_____/

        Petitioner, a state prisoner proceeding pro se, has filed this application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.

        On August 22, 2008, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within fourteen days. Petitioner has filed objections to the findings and recommendations.

        In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 72-304, this court has conducted a de novo review of this case. Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and by proper analysis.

1

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed August 22, 2008, are adopted in full;

2. Respondent's November 26, 2007, motion to dismiss is granted in part and denied in part as set forth in the magistrate judge's findings and recommendations;

3. Petitioner's December 26, 2007, motion to stay this action is denied;

4. Petitioner's December 26, 2007, motion to file an amended petition containing only exhausted claims is granted;

5. Petitioner is given 30 days to file an amended petition deleting his unexhausted claims; and,

6. Failure to file an amended petition will result in the dismissal of this action without prejudice. See Rose v. Lundy, 544 U.S. 509, 522 (1982).

Dated: September 25, 2008

_____
GARLAND E. BURRELL, JR.
United States District Judge