IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FREE ODELL SMITH,

    Petitioner,                    2:07-cv-1462-GEB-EFB-P

    vs.

DERRAL ADAMS, Warden,

    Respondent.                <u>ORDER</u>

_____/

        On February 23, 2009, petitioner filed a request for reconsideration of the magistrate judge's January 26, 2009, order denying his request for appointment of counsel. Pursuant to E.D. Local Rule 72-303(f), a magistrate judge's orders shall be upheld unless "clearly erroneous or contrary to law." Upon review of the entire file, the court finds that it does not appear that the magistrate judge's ruling was clearly erroneous or contrary to law.

///

///

///

///

///

1

1         Therefore, IT IS HEREBY ORDERED that, upon reconsideration, the magistrate judge's January 26, 2009, order is affirmed.

Dated: June 6, 2009

_____
GARLAND E. BURRELL, JR.
United States District Judge